UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LATREL PHIPPS**                                                                                    **PETITIONER**

**VS.**                                     **NO. 4:20-cv-00671-BRW-JTR**

**LAFAYETTE WOODS, Sheriff,**
**Jefferson County, Arkansas**                                                    **RESPONDENT**

## ORDER

I have reviewed the Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray (Doc. No. 3).   No objections have been filed. After careful review, I approve and adopt the Recommended Disposition in all respects.

Accordingly, the Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241 (Doc. No. 1) is DENIED, and this case is DISMISSED with prejudice.

A Certificate of Appealability is DENIED.   *See* 28 U.S.C. § 2253(c).

IT IS SO ORDERED, this 1st day of July, 2020.

 Billy Roy Wilson_____
UNITED STATES DISTRICT JUDGE