## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**LATREL PHIPPS**                                                                                      **PETITIONER**

**VS.**                    **NO. 4:20-cv-00671-BRW-JTR**

**LAFAYETTE WOODS, Sheriff,**
**Jefferson County, Arkansas**                                                         **RESPONDENT**

## JUDGMENT

Consistent with the Order today, Petitioner Latrel Phipps's petition for habeas corpus is DISMISSED, WITH PREJUDICE.

IT IS SO ORDERED, this 1st day of July, 2020.

                                              Billy Roy Wilson_____
                                              UNITED STATES DISTRICT JUDGE